DOA
02-06-19

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Christian Sanchez-Lugo,<br>a.k.a.: Christhian Sanchez-Lugo,<br>a.k.a.: Christian A. Ramirez,<br>(A087 761 905)<br>*Defendant* | Case No. 19-9045 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 10, 2018, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Christian Sanchez-Lugo, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 15, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey Jr., P.S. for AUSA Caitlin B. Noel

☒ Continued on the attached sheet.

*Complainant's signature*

Regina Benvenue,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 7, 2019

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Regina Benvenue, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On December 10, 2018, Christian Sanchez-Lugo was booked into the Maricopa County Jail (MCJ) by the Mesa Police Department on local charges. While incarcerated at the MCJ, Sanchez-Lugo was examined by ICE Officer B. Jansen who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On February 6, 2019, Sanchez-Lugo was released from the Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing. Sanchez-Lugo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Christian Sanchez-Lugo to be a citizen of Mexico and a previously deported criminal alien. Sanchez-Lugo was removed from the United States to Mexico at or near Nogales, Arizona, on or about April 15, 2016,

pursuant to an order of removal issued by an immigration official. There is no record of Sanchez-Lugo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Sanchez-Lugo's immigration history was matched to him by electronic fingerprint comparison.

4. On February 6, 2019, Christian Sanchez-Lugo was advised of his constitutional rights. Sanchez-Lugo freely and willingly acknowledged his rights and agreed to provide a statement under oath. Sanchez-Lugo stated that his true and complete name is "Christian Sanchez-Lugo," and that he is a citizen of Mexico. He further stated that he had been removed from the United States in the past but failed to provide a date.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about December 10, 2018, Christian Sanchez-Lugo, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

///

///

at or near Nogales, Arizona, on or about April 15, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Regina Benvenue,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 7th day of February, 2019.

_____
Eileen S. Willett,
United States Magistrate Judge